UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | CASE NO. 2:07-cr-77 |
| KELLY RYU STENSTRUM | ) | |

It is ordered that the U.S. Marshal's Service shall transport Kelly Ryu Stenstrum to Centre, Inc., in Fargo, North Dakota, at its earliest convenience. Kelly Ryu Stenstrum shall remain in custody of the U.S. Marshal until he is transported to Centre, Inc., in Fargo, North Dakota.

Dated this 12th day of March, 2008.

/s/ Alice R. Senechal
Alice R. Senechal
U.S. Magistrate Judge